DAVIS WRIGHT TREMAINE LLP
  Jacob M. Harper (Cal. Bar. No. 259463)
  *jacobharper@dwt.com*
  Daniel H. Leigh (Cal. Bar. No. 310673)
  *danielleigh@dwt.com*
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
  Grace Bulger (*pro hac vice forthcoming*;
    Or. Bar No. 231256)
  *gracebulger@dwt.com*
560 SW 10th Avenue, Suite 700
Portland, Oregon 97205
Telephone:  (503) 241-2300
Fax:  (503) 778-5299

*Attorneys for Defendant*
*The Kroger Company*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA GARLAND AND LEROY JACOBS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER CO.,<br><br>Defendant. | Case No. 3:24-CV-00240-LL-BLM<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)**<br><br>Jury Trial Demanded<br>Hon. Linda Lopez<br>Courtroom 5D<br><br>Hearing Date: July 2, 2024<br>*Per Chambers Rules, No Oral Argument Unless Separately Ordered by the Court* |

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 2, 2024, at a time to be determined in Courtroom 5D of the United States District Court, Southern District of California, located at 221 West Broadway, San Diego, CA 92101, Defendant The Kroger Co. (Kroger) will and hereby does move for an order dismissing, without leave to amend, the First Amended Complaint of Plaintiffs Chelsea Garland and Leroy Jacobs in its entirety.

Kroger's Motion is made on the grounds that, in the First Amended Complaint, Plaintiffs fail to state a claim upon which relief can be granted, fail to meet the heightened pleading requirements applicable to their fraud-based claims, fail to demonstrate personal jurisdiction over Kroger, and fail to show standing under Article III of the United States Constitution.  *See* Fed. R. Civ. P. 12(b)(1), (2), (6); 9(b).  Kroger seeks an order dismissing:

1. All claims because Plaintiffs' claims are time barred by the applicable statutes of limitation;

2. Plaintiffs' claim under the Illinois Consumer Fraud and Deceptive Business Practices Act (ICFA), 815 Ill. Comp. Stat. 505/1, *et seq.*, because this Court lacks personal jurisdiction over Kroger for that claim;

3. All claims because Plaintiffs fail to plead that the challenged statements and purported omissions are false or misleading to a significant portion of reasonable consumers;

4. All claims because Plaintiffs fail to satisfy Rule 9(b)'s heightened pleading requirements;

5. Plaintiffs' claims for equitable monetary and injunctive relief because Plaintiffs do not plead they lack an adequate remedy at law; and

1  6. Plaintiffs' claims for injunctive relief because Plaintiffs fail to plead that they have Article III standing to seek those claims.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently herewith, and all other pleadings and papers on file in this action, any oral argument that occurs, and any further matters of which this Court may take judicial notice.

This Motion is made following the conference of counsel that took place on April 15, 2024, and May 21, 2024.

DATED: May 28, 2024

DAVIS WRIGHT TREMAINE LLP
JACOB M. HARPER
DANIEL H. LEIGH
GRACE BULGER

By: */s/ Jacob M. Harper*
　　Jacob M. Harper

*Attorneys for Defendant The Kroger Company*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California by using the Court's CM/ECF system on May 28, 2024.  I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this certificate was executed at Los Angeles, California on May 28, 2024.

*/s/ Jacob M. Harper*
JACOB M. HARPER