

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea Garland, individually and on behalf of all others similarly situated; Leroy Jacobs, individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br>V.<br><br>The Kroger Co.<br><br><br>**Defendant.** | Civil Action No.   24-cv-0240-LL-JLB<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' Motion to dismiss Plaintiffs' claims for failing to adequately plead that the Product label is likely to deceive reasonable consumers.5 Because the Court has found the Product label is not deceptive as a matter of law, any additional factual allegations consistent with the FAC will not change this finding, and amendment of the complaint would therefore be futile. See Desoto, 957 F.2d at 658 (citation omitted); Workman v. Plum Inc., 141 F. Supp. 3d 1032, 1037 (N.D. Cal. 2015) (denying leave to amend because any amendment would be futile "as this order finds that the labels at issue are not deceptive, and the labels themselves cannot be changed by a new complaint"). This case is hereby closed.

| | |
|---|---|
| **Date:**   2/12/25 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ M.Williams<br><br>           M.Williams, Deputy |