

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea Garland, individually and on behalf of all others similarly situated; Leroy Jacobs, individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br>V.<br><br>The Kroger Co.<br><br>**Defendant.** | Civil Action No.   24-cv-00240-LL-JLB<br><br>**AMENDED**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court GRANTS Defendant's Motion to Dismiss First Amended Complaint with prejudice, and without leave to amend. This case is hereby closed.

| | |
|---|---|
| **Date:**     2/14/25 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  B. Chandler<br>            B. Chandler, Deputy |